[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Jamaal Charles

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Ryan, GP. # H731

Doherty T.M. # 8756

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

JUL 23 2021 JMK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 21 C 1783 _____

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: Jamaal Charles

B.  List all aliases: _____

C.  Prisoner identification number: M54753

D.  Place of present confinement: Lawrence Correctional Center

E.  Address: 10930 Lawrence Road, Sumner, IL 62466

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Ryan G.P. #4731

Title: Chicago Police Officer

Place of Employment: Chicago Police Department

B.  Defendant: Doherty T.M. #8756

Title: Chicago Police Officer

Place of Employment: Chicago Police Department

C.  Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Slip And Fall

B. Approximate date of filing lawsuit: 2012

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: 

D. List all defendants: Cook County

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: I slipped in the shower and broke my foot
Civil

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): I was paid 7,500

I. Approximate date of disposition: 2013

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Other Lawsuits

A) Name Of Case And Docket Number
     Prescribe Gym Shoes

B) ~~Approxom~~ Approximate date of filing lawsuit
     2013

C) List All Plaintiffs (If you had co-plaintiffs)
Including Any Aliases - N/A

D) List All Defendant's - C/O's Don't
Remember their names

E) Court in which the lawsuit was filed (If federal
court, Name the district, If state court
Name the County - Cook County

F) Name Of Judge to whom case was assigned:
     N/A

G) Basic Claim Made - I was prescribe A
Shoe script document by A doctor that I can
wear gym shoes And during A cell search
A c/o took my gym shoes

H) Disposition Of this case (For Example: Was
the Case Dismissed? Yes Was it Appealed? No
Is it still pending? No

I) Approximate Date Of Disposition:
2014

A) Name Of Case And Docket Number
      Excessive Force

B) Approximate Date Of Filing Lawsuit
      2013 or 2014

C) List All Plaintiff (If you had co-plaintiff's)
Including Any Aliases - N/A

D) List All Defendant's - Several C/O's
I don't remember their names

E) Court In which the lawsuit was filed (If federal
Court name the district If state court Name
The County - Cook County

F ) Name Of Judge to whom case was assigned
      N/A

G) Basic Claim Made - I had court this particular
day and I wanted to take A shower before court
On my way to the shower I was punch and Kick
By several C/O's And denied a shower before
Court!

H) Disposition Of this case (For Example: WAS the CASE Dismissed? Yes WAS it Appealed? NO Is it still pending? NO

I) Approximate Date Of Disposition 2014 or 2015

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved, including names, dates, and places.  **Do not give any legal arguments or cite any
cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets
if necessary.)

I was charged with a Aggravated Unlawful
Use of a Weapon in 2007 and the case number
is 07CR1082601 And I recently got the Aggravated
Unlawful Use of Weapon removed from my background
In August of 2019, I was wrongfully Arrestted
I was a passenger in a car, I was not driving
Nor was the car in my name and my finger-print
was not found on the weapon!

4                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Jamaal Chaves # M54753
10930 Lawrence Road
Sumner, IL 62466

(Legal Mail)

PRIVILEGED

United States District
Court
219 S. Dearborn Street
Chicago, IL 60604



07/23/2021-27

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE
IL DEPT OF CORRECTIONS

US POSTAGE PITNEY BOWES
ZIP 62460
02 4W
0000589654
$ 001.40°
JUL 19 2021